

# NUMBER 13-23-00571-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

AHMED EL SAYED,                                                    Appellant,

v.

ANNA GHALUMIAN,                                                   Appellee.

## ON APPEAL FROM THE 73RD DISTRICT COURT
## OF BEXAR COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Justice Tijerina**

On December 4, 2023, appellant Ahmed El Sayed perfected an appeal in this cause from the trial court's judgment. On August 13, 2024, appellant filed an unopposed motion to dismiss the appeal in this Court. The motion states that appellant and appellee

Anna Ghalumian have reached a settlement agreement and that the appeal is now moot.[1]

This Court abated the cause on February 23, 2024. Having considered the documents on file and the appellant's unopposed motion to dismiss the appeal, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, we reinstate the appeal, grant the motion to dismiss, and dismiss the appeal. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Any pending motions are dismissed as moot. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
22nd day of August, 2024.

---

[1] This case is before this Court on transfer from the Fourth Court of Appeals in San Antonio, Texas pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.